■ SEAN SCHRON et al., Respondents, v NEW YORK UNIVERSITY et al., Appellants. [788 NYS2d 386]—

Order, Supreme Court, New York County (Joan A. Madden, J.), entered January 8, 2004, which, to the extent appealed from as limited by the briefs, granted plaintiffs' motion for partial summary judgment on their Labor Law § 240 claim and denied defendants' cross motion for partial summary judgment dismissing said claim, unanimously affirmed, without costs.

The plaintiff construction worker's deposition testimony that he was injured at the work site when a wooden scaffolding plank struck him on the head was prima facie evidence of a violation of section 240 (1), shifting the burden to the owner/manager defendants to raise a factual issue on liability (*see Aragon v 233 W. 21st St.*, 201 AD2d 353, 354 [1994]). Defendants failed to rebut adequately plaintiffs' showing. Concur—Andrias, J.P., Saxe, Sweeny and Catterson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURO MENARD, Appellant. [787 NYS2d 880]—Judgment, Supreme Court, New York County (Jeffrey M. Atlas, J.), rendered on or about November 3, 2003, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Andrias, J.P., Saxe, Ellerin, Sweeny and Catterson, JJ.